Mathew K. Higbee, Esq., SBN #24076924
mhigbee@higbeeassociates.com
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

Douglas William Owen, *Pro Se*
OWEN MEDIA GROUP LLC
2400 Willow Way
Round Rock, TX 786644
*Defendant*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STEVEN HIRSCH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS WILLIAM OWEN; OWEN MEDIA GROUP LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-1037-RP<br><br>**STIPULATION OF DISMISSAL** |

The parties, having settled this action, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

1

The undersigned filer also hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 3, 2020                                  Respectfully submitted,

                                                  /s/ Mathew K. Higbee, Esq.
Mathew K. Higbee, Esq.
Texas Bar No. 24076924
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

Dated: January 3, 2020                                  Respectfully submitted,

                                                  /s/ Douglas William Owen
Douglas William Owen
Owen Media Group LLC
2400 Willow Way
Round Rock, TX 78664
*Defendant*

## **CERTIFICATE OF SERVICE**

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled case.

I am employed in Higbee & Associates' Copyright Division.

My business address is Higbee & Associates, 1504 Brookhollow Dr. #112, Santa Ana, CA 92705.

On the date that this declaration was executed, as shown below, I served the foregoing

### **STIPULATION OF DISMISSAL**

via regular mail and electronic mail to the following:

>Doug Owen
>Owen Media Group, LLC
>2460 Willow Way
>Round Rock, TX 78664
>doug@blacklistednews.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2020 at Santa Ana, CA.

**/s/ Saba A. Basria**
Saba A. Basria