IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEVEN HIRSCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-1037-RP |
| | § | |
| DOUGLAS WILLIAM OWEN, OWEN MEDIA GROUP LLC, and DOES *1 through 10 inclusive*, | § § § § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

On January 8, 2020, the parties filed a stipulation of dismissal agreeing to dismiss this case with prejudice. (Dkt. 12). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on January 9, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE